FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 9:31 am, Sep 22, 2020

# In the United States District Court For the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| TIMOTHY WILLIAMS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-23 |
| | * | |
| v. | * | |
| | * | |
| J. MEAD; C. GARRETT; and BOLAJI AREMU, | * | |
| | * | |
| | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 5.  Plaintiff did not file Objections to this Report and Recommendation.  In fact, the Report and Recommendation sent to Plaintiff at his last known address was returned to the Court as undeliverable.  Dkt. No. 6.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's Order, **DIRECTS** the Clerk of Court to **CLOSE** this

AO 72A
(Rev. 8/82)

case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this ___21___ day of ___September___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)